

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-20-00046-CV

**IN RE** Joshua **STEVENS**, Erick Matta, Lyn Joseph, Irene Baldridge, and David Edwards

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice

      Relators filed a petition for writ of mandamus to which the real parties in interest responded. After considering the petition and the response, this court concludes the complaint presented by relators is not ripe for our consideration. Accordingly, the petition for writ of mandamus is dismissed. *See* TEX. R. APP. P. 52.8(a). This court's opinion will issue at a later date.

      It is so ORDERED on January 30, 2020.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This court has jurisdiction pursuant to Texas Election Code section 273.061, which authorizes this court to "issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE § 273.061.